Marshall H. Hong, Esq.
380 S. Schmale Rd., Suite 102
Carol Stream, Illinois 60188
(773) 908-2369
Illinois ARDC #: 6237326

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| EZATOLLAH BABAPOUR, | ) | |
| | ) | |
| Plaintiff, | ) | FILED STAMP: AUG. 21, 2008 |
| | ) | 08CV4774 |
| vs. | ) | No: JUDGE BUCKLO |
| | ) | MAG. JUDGE VALDEZ |
| Michael B. Mukasey, Attorney General of the | ) | J. N. |
| United States; Secretary of Department of | ) | |
| Homeland Security; District Director, Department | ) | |
| of Homeland Security; Director, Federal Bureau | ) | |
| of Investigation | ) | |
| | ) | |
| Defendants. | ) | |

COMPLAINT FOR NATURALIZATION RELIEF

1. Plaintiff is a lawful permanent resident of the United States who is statutorily eligible to naturalize and become a United States citizen. Plaintiff's application for naturalization has been unreasonably and unlawfully delayed by Defendants. As a consequence, this Court has jurisdiction to adjudicate Plaintiff's naturalization application and to grant his naturalization pursuant to 8 U.S.C. § 1447(b).

JURISDICTION AND VENUE

2. This Court has jurisdiction over the subject matter of this case pursuant to 8 U.S.C. § 1447(b) (jurisdiction over naturalization application), 28 U.S.C. § 1331 (federal question jurisdiction), 28 U.S.C. § 2201 (declaratory judgment), and 5 U.S.C. § 701 (Administrative Procedures Act).

3. Venue is proper in this district pursuant to 28 U.S.C. § 1391(e) and 8 U.S.C. § 1447(b) because Plaintiff resides within the district of this court.

PARTIES

4. Plaintiff is a lawful permanent resident who has resided in the United States for over fifteen (15) years. His claim to naturalization arises under 8 U.S.C. § 1447(b).

5. Defendants are the U.S. Attorney General, the U.S. Secretary of the Department of Homeland Security (DHS), the DHS District Director for the Chicago District. They are responsible for the grant or denial of naturalization applications under the Immigration and Nationality Act and implementing regulations. *See, e.g.,* 8 U.S.C. § 1421, 8 C.F.R. § 310, and 8 C.F.R. § 316.3. Also named as a defendant in this matter is the Director of the Federal Bureau of Investigation (FBI), responsible for processing name and background checks for Applicants for naturalization.

FACTS

6. Plaintiff is a native and citizen of Iran. He was born November 17, 1968.

7. Although Plaintiff has no record of criminal convictions.

8. On or about December 20, 2004, Plaintiff filed his application for naturalization with the Nebraska Service Center of the U.S. Citizenship and Immigration Service. On June 15, 2005, Plaintiff was interviewed and examined on his application for naturalization at the Chicago District Office of USCIS.

9. At the examination, Plaintiff satisfied all respective requirements, responded truthfully to all questions, and provided all requested information. Plaintiff passed the English and U.S. history and government tests. The agency did not request any additional evidence or information.

10. Plaintiff's application remains pending despite repeated inquiries to defendants about the status of his application.

11. Plaintiff is eligible for naturalization, meets all the requirements for naturalization, and would have been approved for naturalization if USCIS had properly followed and implemented the statutes.

12. Plaintiff has petitioned for his wife and child to immigrate to the U.S., but their cases have also been delayed due to the delay on Plaintiff's naturalization application;

13. Many more than 120 days (over 3 years!) have passed since the initial interview, and Defendants have made no decision on Plaintiff's application, in violation of 8 U.S.C. § 1447(b).

CLAIMS FOR RELIEF

14. Defendants' failure to make a determination on Plaintiff's application within the 120-day statutory period entitles Plaintiff to bring this matter before this Court for a hearing pursuant to 8 U.S.C. § 1447(b).

15. Plaintiff seeks a *de novo* judicial determination of his naturalization application and a grant of naturalization from this Court. In the alternative, Plaintiff seeks that the Court remand the application to USCIS with an order that USCIS immediately adjudicate his application.

WHEREFORE, Plaintiff respectfully requests that this Court:

A. Grant this Petition and enter a judgment granting Plaintiff's naturalization and ordering that he is a naturalized citizen of the United States;

B. In the alternative, remand the application to USCIS with an order that it adjudicate the application within 15 days of said order;

C. Grant attorneys' fees and costs under the Equal Access to Justice Act and/or other appropriate authority; and

D. Grant such other and further relief as may be appropriate.

RESPECTFULLY SUBMITTED this 21st day of August, 2008.

/s/Marshall H. Hong, Esq.
Johnson Westra Broecker
380 S. Schmale Rd., Suite 102
Carol Stream, IL 60188
(630) 665-9600